Raymond S. Korytowski, Appellant, v. Mary Maiuccoro, Respondent.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.

The People of the State of New York, Respondent, v. Robert J. Mulligan, Also Known as Eddie Murphy, Also Known as Jerry Kelly, Also Known as Robert Turner, Also Known as Edward O'Neil, Also Known as Edward O'Hara, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

PAUL RECKER, Respondent, v. HERMAN G. PIECK, Appellant, et al., Defendant.

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT DOWNIE, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—